CHARLES E. LYDECKER, Public Administrator, etc., Respondent, *v.* DOMINIQUE F. VERDINAL, Appellant.

(Argued March 2, 1891; decided March 17, 1891.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 24, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Albert A. Abbott* for appellant.

*Frank W. Arnold* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

ELLEN PAUL, Individually and as Executrix, etc., Respondent, *v.* AUGUSTUS P. STEVENS et al., Appellants.

(Argued March 2, 1891; decided March 17, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 6, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*A. Simis, Jr.,* for appellants.

*Coleridge A. Hart* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.